UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUERDE JUSTE and <br> MARIE CHERY, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; <br> ALEXA ALTHOUSE; and <br> JOHN DOE 1-3; <br>     Defendants. | : <br> : <br> : <br> : <br> :     No. 5:22-cv-3683 <br> : <br> : <br> : <br> : <br> : |

## **O R D E R**

**AND NOW**, this 22nd day of March, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion to Dismiss, ECF No. 7, is **GRANTED** with prejudice as to Plaintiffs' right to assert claims against Defendants USPS and Althouse in this or any civil action, but without prejudice as to Plaintiffs' right, if any, to bring such claims against the United States in a separate action in federal court, and without prejudice as to the right of the United States to respond however it sees fit to any future action, including by arguing that the court lacks subject-matter jurisdiction.

    2.    The case is **CLOSED**.

                                                                          BY THE COURT:

                                                                          */s/ Joseph F. Leeson, Jr.*_____
                                                                          JOSEPH F. LEESON, JR.
                                                                          United States District Judge